**Fill in this information to identity the case:**

Debtor 1 Doris M. Hurd

Debtor 2

United States Bankruptcy Court for the: Northern

District of Texas

(State)

Case No. 11-32573

Form 4100R

# RESPONSE TO NOTICE OF FINAL CURE PAYMENT

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of Creditor: **MTGLQ INVESTORS, L.P.**
c/o Shellpoint Mortgage Serving

Court claim no. (if known) 5

**Last 4 digits** of any number used to identify the debtor's account:

Property address PO Box 10826
Greenville, SC 29603-0826

City         State         Zip Code

## Part 2: Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the petition is:

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

The next postpetition payment from the debtor(s) is due on:

☑ Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:          (a) $11831.89

b. Total fees, charges, expenses, escrow, and costs outstanding:          (b) $ 7094.17

c. **Total.** Add lines a and b.          (c) $ 18926.06

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Debtor:                                        Case number (if known):

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of the response:

> all payments received;

> all fees, costs, escrow, and expenses assessed to the mortgage; and

> all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this Notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☑ I am the creditor

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/S/Stephanie StMartin-Ancik                          Date    05/13/16

_____
      Signature

Print    Stephanie StMartin-Ancik                  Title    Bankruptcy Case Manager

Company    MTGLQ INVESTORS, L.P.
                      c/o Shellpoint Mortgage Serving

**If different than the notice address listed on the proof of claim to which this response applies:**

Address    PO Box 10826
                 Greenville, SC   29603-0826

Contact phone    800-365-7107            Email    mtgbk@shellpointmtg.com

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| | | | | | |
| 5/1/2011 | 05/04/2011 | $1,000.29 | $ 1,000.29 | $ - | $ - |
| 6/1/2011 | 06/27/2011 | $941.75 | $ 1,000.29 | $ (58.54) | $ (58.54) |
| 7/1/2011 | 08/02/2011 | $941.75 | $ 941.75 | $ - | $ (58.54) |
| 8/1/2011 | 09/07/2011 | $458.63 | $ 941.75 | $ (483.12) | $ (541.66) |
| 9/1/2011 | 10/28/2011 | $941.75 | $ 941.75 | $ - | $ (541.66) |
| 10/1/2011 | 11/28/2011 | $941.75 | $ 941.75 | $ - | $ (541.66) |
| 11/1/2011 | 01/03/2012 | $2,000.58 | $ 941.75 | $ 1,058.83 | $ 517.17 |
| 12/1/2011 | 01/03/2012 | $425.42 | $ 941.75 | $ (516.33) | $ 0.84 |
| 1/1/2012 | 01/31/2012 | $941.75 | $ 941.75 | $ - | $ 0.84 |
| 2/1/2012 | 03/06/2012 | $941.75 | $ 941.75 | $ - | $ 0.84 |
| 3/1/2012 | 04/05/2012 | $941.75 | $ 941.75 | $ - | $ 0.84 |
| 4/1/2012 | 05/08/2012 | $941.75 | $ 941.75 | $ - | $ 0.84 |
| 5/1/2012 | 06/04/2012 | $941.75 | $ 941.75 | $ - | $ 0.84 |
| 6/1/2012 | 07/11/2012 | $941.75 | $ 941.75 | $ - | $ 0.84 |
| 7/1/2012 | 08/17/2012 | $458.63 | $ 941.75 | $ (483.12) | $ (482.28) |
| 8/1/2012 | 10/03/2012 | $941.75 | $ 941.75 | $ - | $ (482.28) |
| 9/1/2012 | 12/03/2012 | $1,883.50 | $ 941.75 | $ 941.75 | $ 459.47 |
| 10/1/2012 | 01/10/2013 | $700.00 | $ 941.75 | $ (241.75) | $ 217.72 |
| 11/1/2012 | 01/10/2013 | $45.00 | $ 941.75 | $ (896.75) | $ (679.03) |
| 12/1/2012 | 01/11/2013 | $196.00 | $ 941.75 | $ (745.75) | $ (1,424.78) |
| 1/1/2013 | 01/28/2013 | $67.83 | $ 941.75 | $ (873.92) | $ (2,298.70) |
| 2/1/2013 | 01/28/2013 | $941.75 | $ 941.75 | $ - | $ (2,298.70) |
| 3/1/2013 | 03/11/2013 | $1,009.58 | $ 941.75 | $ 67.83 | $ (2,230.87) |
| 4/1/2013 | 04/11/2013 | $1,009.58 | $ 941.75 | $ 67.83 | $ (2,163.04) |
| 5/1/2013 | 6/27/2013 | $1,009.58 | $ 941.75 | $ 67.83 | $ (2,095.21) |
| 6/1/2013 | 8/5/2013 | $1,009.58 | $ 941.75 | $ 67.83 | $ (2,027.38) |
| 7/1/2013 | 9/3/2013 | $1,009.58 | $ 941.75 | $ 67.83 | $ (1,959.55) |
| 8/1/2013 | 10/4/2013 | $1,009.58 | $ 941.75 | $ 67.83 | $ (1,891.72) |
| 9/1/2013 | 12/31/2013 | $1,009.58 | $ 941.75 | $ 67.83 | $ (1,823.89) |
| 10/1/2013 | 2/19/2014 | $ 972.42 | $ 941.75 | $ 30.67 | $ (1,793.22) |
| 11/1/2013 | 3/31/2014 | $ 972.42 | $ 941.75 | $ 30.67 | $ (1,762.55) |
| 12/1/2013 | 6/2/2014 | $ 972.42 | $ 941.75 | $ 30.67 | $ (1,731.88) |
| 1/1/2014 | 7/24/2014 | $ 972.42 | $ 941.75 | $ 30.67 | $ (1,701.21) |
| 2/1/2014 | 10/6/2014 | $ 486.21 | $ 941.75 | $ (455.54) | $ (2,156.75) |
| 3/1/2014 | 11/6/2014 | $ 972.42 | $ 941.75 | $ 30.67 | $ (2,126.08) |
| 4/1/2014 | 12/1/2014 | $ 972.42 | $ 941.75 | $ 30.67 | $ (2,095.41) |
| 5/1/2014 | 12/26/2014 | $ 372.20 | $ 941.75 | $ (569.55) | $ (2,664.96) |
| 6/1/2014 | 12/29/2014 | $ 972.42 | $ 941.75 | $ 30.67 | $ (2,634.29) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/1/2014 | 2/3/2015 | $ | 1,030.95 | $ | 941.75 | $ | 89.20 | $ | (2,545.09) |
| 8/1/2014 | 2/28/2015 | $ | 1,030.95 | $ | 941.75 | $ | 89.20 | $ | (2,455.89) |
| 9/1/2014 | 3/25/2015 | $ | 1,030.95 | $ | 941.75 | $ | 89.20 | $ | (2,366.69) |
| 10/1/2014 | 5/30/2015 | $ | 1,030.95 | $ | 941.75 | $ | 89.20 | $ | (2,277.49) |
| 11/1/2014 | 7/23/2015 | $ | 1,030.95 | $ | 941.75 | $ | 89.20 | $ | (2,188.29) |
| 12/1/2014 | 8/3/2015 | $ | 1,030.95 | $ | 941.75 | $ | 89.20 | $ | (2,099.09) |
| 1/1/2015 | 8/4/2015 | $ | 378.68 | $ | 941.75 | $ | (563.07) | $ | (2,662.16) |
| 2/1/2015 | 10/1/2015 | $ | 1,030.95 | $ | 941.75 | $ | 89.20 | $ | (2,572.96) |
| 3/1/2015 | 1/30/2016 | $ | 1,091.47 | $ | 941.75 | $ | 149.72 | $ | (2,423.24) |
| 4/1/2015 | 2/1/2016 | $ | 1,711.96 | $ | 941.75 | $ | 770.21 | $ | (1,653.03) |
| 5/1/2015 | 2/24/2016 | $ | 972.42 | $ | 941.75 | $ | 30.67 | $ | (1,622.36) |
| 6/1/2015 | 4/1/2016 | $ | 1,091.47 | $ | 941.75 | $ | 149.72 | $ | (1,472.64) |
| 7/1/2015 | | | | $ | 941.75 | $ | (941.75) | $ | (2,414.39) |
| 8/1/2015 | | | | $ | 941.75 | $ | (941.75) | $ | (3,356.14) |
| 9/1/2015 | | | | $ | 941.75 | $ | (941.75) | $ | (4,297.89) |
| 10/1/2015 | | | | $ | 941.75 | $ | (941.75) | $ | (5,239.64) |
| 11/1/2015 | | | | $ | 941.75 | $ | (941.75) | $ | (6,181.39) |
| 12/1/2015 | | | | $ | 941.75 | $ | (941.75) | $ | (7,123.14) |
| 1/1/2016 | | | | $ | 941.75 | $ | (941.75) | $ | (8,064.89) |
| 2/1/2016 | | | | $ | 941.75 | $ | (941.75) | $ | (9,006.64) |
| 3/1/2016 | | | | $ | 941.75 | $ | (941.75) | $ | (9,948.39) |
| 4/1/2016 | | | | $ | 941.75 | $ | (941.75) | $ | (10,890.14) |
| 5/1/2016 | | | | $ | 941.75 | $ | (941.75) | $ | (11,831.89) |
| | | | | | | $ | - | $ | (11,831.89) |
| 61 | 50 | $ | 45,731.94 | $ | 57,563.83 | $ | (11,831.89) | |

| Due Date | P&I | Interest | Escrow | Total | Filed w/Courts |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| Loan Number | 2255 |
|---|---|
| Debtor | Doris M. Hurd |
| BK filed date | 4/14/2011 |
| BK Case # | 11-32573 |
| Loan Acquired | 2/1/2016 |
| Post Next Due | 5/1/2015 |
| Suspense | $         410.86 |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 5/1/2015 | $941.75 | 13 | $       12,242.75 |
|  |  |  | $                  - |
|  |  |  | $                  - |
|  |  |  | $                  - |
|  |  |  | $                  - |
|  |  |  | $                  - |
|  |  |  | $                  - |
|  |  |  | $                  - |
|  |  |  | $                  - |
|  |  |  | $                  - |
|  |  |  | $                  - |
|  |  |  | $                  - |
|  |  |  | $                  - |
| | | Subtotal | $       12,242.75 |
| | | Less Unapplied | $            410.86 |
| | | **Total to bring current** | **$       11,831.89** |

$         12,242.75
$        (11,831.89)
$            410.86   unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, OH 45274-0039

Shellpoint Mortgage Servicing
PO BOX 10826
Greenville, SC  29603-0826

Phone Number:        (800) 365-7107
Fax:                        (866) 467-1137

Email:      mtgbk@shellpointmtg.com

---

RE: Debtor 1    Doris M Hurd
        Debtor 2

Case No:    1132573

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  5/13/2016.

Northern District of Texas, Dallas Division
1100 Commerce St. RM 1254
Dallas, TX  75242-1496


Thomas Powers
125 E John Carpenter Frwy
Suite 1100
Irving, TX  75062-


PRO SE


/s/ Stephanie St. Martin-Ancik